**Order entered December 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01498-CR

**JEREMY DEMOND WARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75030-M**

## ORDER

Before the Court is the State's December 20, 2019 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received that same day filed as of the date of this order.

/s/     BILL PEDERSEN, III
         JUSTICE